1  **WO**
2
3
4
5
6
                    IN THE UNITED STATES DISTRICT COURT
7
                         FOR THE DISTRICT OF ARIZONA
8
9
   United States of America,            )
10                                       )
                          Plaintiff,     )    CR-11-1976-PHX-ROS
11                v.                     )
                                         )
12 Shana Danielle Spurgeon,              )    ORDER OF DETENTION
                                         )
13                        Defendant.     )
   _____ )
14
       Defendant was released on her own recognizance on November 29, 2011
15
   Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging
16
   that defendant violated the terms of her release. Defendant was arrested and appears
17
   before the Court with counsel.
18
       Counsel for defendant advises the Court that defendant wishes to waive her right
19
   to a hearing and admit allegation contained in the petition. The Court addressed
20
   defendant and advised defendant of her right to remain silent, to continued
21
   representation by counsel, to provide evidence on her behalf, and the government's
22
   obligation to prove that defendant violated at least one condition of release by clear and
23
   convincing evidence. Defendant advised she understood these rights and confirmed
24
   that she wanted to waive his right to a hearing and admit.
25
       The Court addressed defendant regarding, the allegation contained in the petition
26
   and he admitted the allegations.
27
28

The Court finds that defendant is guilty of violating her pretrial release conditions and there is a factual basis for the admission. Further, that the admission was entered into knowingly, intelligently, voluntarily, and without coercion or promises.

IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

DATED this 18th day of January, 2012.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge